UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

SALLIE A. WEIMER            Chapter 7
                                       Case No. 09-76610-WS.D
             Debtor.             Hon: Walter Shapero.Detroit
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $2.35, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | $2.35 |
| | **TOTAL:** | **$2.35** |

Dated:   8/26/10                                 /s/ Stuart A. Gold
                                                          Stuart A. Gold, Trustee
                                                          24901 Northwestern Hwy., Ste 444
                                                          Southfield, MI 48075-2223
                                                          (248) 350-8220
                                                          stuart.gold@7trustee.net